# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 22-0199V

|  |  |
|---|---|
| MIRA GOFF as administrator of the ESTATE OF RICHARD GOFF, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: December 19, 2023 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Simina Vourlis, Law Offices of Simina Vourlis, Columbus, OH, for Petitioner.*

*Meghan Murphy, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION ON JOINT STIPULATION[1]

On February 23, 2022, Mira Goff, as administrator of the Estate of Richard Goff, filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). The petition seeks compensation for injuries leading to the death of Richard Goff ("Mr. Goff") allegedly related to his receipt of an influenza ("flu") vaccine on September 17, 2020. Petition at 1; Stipulation, filed at December 19, 2023, ¶¶ 1-4. The petition alleges that the flu vaccine caused Mr. Goff to suffer Guillain-Barre syndrome ("GBS") which ultimately led to his death. Petition at 1; Stipulation at ¶¶ 1-4. "Respondent denies that the vaccine caused Mr. Goff to develop and of the alleged injuries, any other injury or condition, or his death." Stipulation at ¶ 6.

Nevertheless, on December 19, 2023, the parties filed the attached joint stipulation, stating that a decision should be entered awarding compensation. I find the

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

stipulation reasonable and adopt it as my decision awarding damages, on the terms set forth therein.

Pursuant to the terms stated in the attached Stipulation, **I award** the following compensation:

**A lump sum of $<u>190,000.00</u>, in the form of a check payable to Petitioner, as legal representative of the estate of Richard Goff**. Stipulation at ¶ 8. This amount represents compensation for all items of damages that would be available under Section 15(a). *Id.*

I approve the requested amount for Petitioner's compensation. In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

MIRA GOFF,                           )
Administrator of the Estate of       )
RICHARD GOFF,                        )
                                     )
        Petitioner,                  )         No. 22-199V
                                     )         Chief Special Master Corcoran
    v.                               )
                                     )
SECRETARY OF HEALTH AND              )
HUMAN SERVICES,                      )
                                     )
        Respondent.                  )
_____)

### STIPULATION

The parties hereby stipulate to the following matters:

1. Petitioner Mira Goff, as administrator of the Estate of Richard Goff, filed a petition

for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C.

§ 300aa-10 to 34 (the "Vaccine Program") on February 23, 2022. The petition seeks

compensation for injuries leading to the death of Richard Goff ("Mr. Goff") allegedly related to

his receipt of an influenza ("flu") vaccine, which vaccine is contained in the Vaccine Injury

Table (the "Table"), 42 C.F.R. § 100.3 (a).

2. Mr. Goff received the vaccine on or about September 17, 2020.

3. The vaccine was administered within the United States.

4. The petition alleges that the flu vaccine caused Mr. Goff to suffer Guillain-Barré

Syndrome ("GBS"), which ultimately led to his death.

5. Petitioner represents that there has been no prior award or settlement of a civil

action for damages on Mr. Goff's behalf as a result of Mr. Goff's alleged injury or death.

-1-

6. Respondent denies that the vaccine caused Mr. Goff to develop any of the alleged injuries, any other injury or condition, or his death.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payment:

> A lump sum of **$190,000.00** in the form of a check payable to petitioner, as legal representative of the estate of Richard Goff. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).

9. As soon as practicable after the entry of judgment on entitlement in this case, and after petitioner has filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), and an application, the parties will submit to further proceedings before the special master to award reasonable attorneys' fees and costs incurred in any proceeding upon this petition.

10. Petitioner and petitioner's attorney represent that compensation to be provided pursuant to this Stipulation is not for any items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g), to the extent that payment has been made or can reasonably be expected to be made under any State compensation programs, insurance policies, Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or by entities that provide health services on a pre-paid basis,

-2-

and represent that they have identified to respondent all known sources of payment for items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g).

11. Payment(s) made pursuant to paragraph 8 and any amounts awarded pursuant to paragraph 9 of this Stipulation will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

12. Petitioner represents that petitioner presently is, or within 90 days of the date of judgment will become, duly authorized to serve as the legal representative of Richard Goff's estate under the laws of the State of Ohio. No payments pursuant to this Stipulation shall be made until petitioner provides the Secretary with documentation establishing petitioner's appointment as legal representative of Mr. Goff's estate. If petitioner is not authorized by a court of competent jurisdiction to serve as legal representative of the estate of Richard Goff at the time a payment pursuant to this Stipulation is to be made, any such payment shall be paid to the party or parties appointed by a court of competent jurisdiction to serve as legal representative of the estate of Richard Goff upon submission of written documentation of such appointment to the Secretary.

13. In return for the payments described in paragraphs 8 and 9, petitioner, in petitioner's individual capacity, and as legal representative of the estate of Richard Goff, on petitioner's own behalf and on behalf of the estate and Mr. Goff's heirs, executors, administrators, successors or  assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all  demands of whatever kind or nature) that have been brought, could have been brought, or could  be timely brought in the United States Court of Federal

-3-

Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of Mr. Goff resulting from, or alleged to have resulted from, the flu vaccination as alleged by petitioner in a petition for vaccine compensation filed on or about February 23, 2022, in the United States Court of Federal Claims as petition No. 22-199V.

14. If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the United States Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

15. This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended, except as otherwise noted in paragraph 9 above. There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to. The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the items of compensation sought, is not grounds to modify or revise this agreement.

16. This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that the vaccine caused Mr. Goff's alleged injuries or death, or any other injury.

-4-

17. All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns as legal representative of the estate of Richard Goff.

## END OF STIPULATION

Respectfully submitted,

**PETITIONER:**

Mira Goff

**ATTORNEY OF RECORD
FOR PETITIONER:**

SIMINA VOURLIS
The Law Offices of Simina Vourlis
856 Pullman Way
Columbus, OH 43212
614-487-5900
svourlis@vourlislaw.com

**AUTHORIZED REPRESENTATIVE
OF THE ATTORNEY GENERAL:**

HEATHER L. PEARLMAN
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

**AUTHORIZED REPRESENTATIVE
OF THE SECRETARY OF HEALTH
AND HUMAN SERVICES:**

by Henry P.
Mcmillan -S5

Digitally signed by
Henry P. Mcmillan -S5
Date: 2023.11.16
15:19:23 -05'00'

CDR GEORGE REED GRIMES, MD, MPH
Director, Division of Injury
 Compensation Programs
Health Systems Bureau
Health Resources and Services
 Administration
U. S. Department of Health
 and Humans Services
5600 Fishers Lane, 08W-25A
Rockville, MD  20857

**ATTORNEY OF RECORD FOR
RESPONDENT:**

MEGHAN R. MURPHY
Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
202-616-4264
meghan.r.murphy@usdoj.gov

Dated:  12/19/23